UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GRUPO AEROMEXICO, S.A.B. de C.V., *et al.,*<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 20-11563 (JPM)**<br><br>(Jointly Administered) |
| INVICTUS GLOBAL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>- against -<br><br>MONOMOY CAPITAL PARTNERS LLC, and SINDICATO NACIONAL DE TRABAJADORES AL SERVICIO DE LAS LÍNEAS AÉREAS, TRANSPORTES, SERVICIOS, SIMILARES, Y CONEXOS,<br><br>Defendants. | Case No. 22-01122 (JPM) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint, the accompanying declaration of A.J. Monaco, and the exhibit thereto, and all prior pleadings and proceedings herein, Defendant Monomoy Capital Partners LLC ("Monomoy") respectfully moves this Court for an Order dismissing the Complaint of Plaintiff Invictus Global Management LLC pursuant to Federal Rule of Civil Procedure 12(b)(6), as made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7012 (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT, the briefing schedule for the Motion is governed by the Court's September 8, 2022 Stipulation and Order.

Dated: September 29, 2022

        **MONOMOY CAPITAL PARTNERS LLC,**

By: */s/ A.J. Monaco*
    A.J. Monaco, Esq.
    Sean O'Brien, Esq.
    18th Floor, 900 Third Ave.,
    New York, NY 10022
    (212) 729-3944
    ajmonaco@obrienllp.com
    sobrien@obrienllp.com

By: */s/Micah E. Marcus*
    Micah E. Marcus, Esq.
    300 N. LaSalle, Suite 1400
    Chicago, IL 60524
    (312) 642-2141
    mmarcus@mcdonaldhopkins.com

*Attorneys for Defendant Monomoy Capital Partners, LLC*