UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GRUPO AEROMEXICO, S.A.B. de C.V., *et al.,*<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 20-11563 (JPM)**<br><br>(Jointly Administered) |
| INVICTUS GLOBAL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>- against -<br><br>MONOMOY CAPITAL PARTNERS LLC, and SINDICATO NACIONAL DE TRABAJADORES AL SERVICIO DE LAS LÍNEAS AÉREAS, TRANSPORTES, SERVICIOS, SIMILARES, Y CONEXOS,<br><br>Defendants. | Case No. 22-01122 (JPM) |

## [PROPOSED] ORDER DISMISSING THE COMPLAINT

Upon Defendant Monomoy Capital Partners LLC's Motion to Dismiss the Complaint

(the "Motion to Dismiss") in the above-captioned adversary proceeding, pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure, made applicable in adversary proceedings by

Federal Rule of Bankruptcy Procedure 7012(b) (the "Bankruptcy Rules"); and the Court having

considered the Motion to Dismiss; and notice of the Motion to Dismiss having been given in

accordance with the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District

of New York; and it appearing that no other or further notice need be provided; and after due

deliberation and sufficient cause appearing therefor:

IT IS HEREBY FOUND AND ORDERED THAT:

1. The Complaint fails to state a claim upon which relief may be granted.

2. The Motion to Dismiss is GRANTED as set forth herein.

3. The above-captioned adversary complaint is dismissed in its entirety as to Defendant Monomoy Capital Partners LLC.


Dated: _____, 2022
       New York, New York


_____
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE