WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Ronald J. Aranoff
James N. Lawlor
Alexandra C. Spina
Katherine E. M. McQuillen

*Counsel for Defendant Sindicato Nacional Trabajadores Al Servicio de las Líneas Aéreas, Transportes, Servicios, Similares, y Conexos*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.*,<br><br>Reorganized Debtors.[1] | **Chapter 11**<br><br>**Case No. 20-11563 (JPM)**<br><br>(Jointly Administered) |
| INVICTUS GLOBAL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>- against -<br><br>MONOMOY CAPITAL PARTNERS LLC, and SINDICATO NACIONAL TRABAJADORES AL SERVICIO DE LAS LÍNEAS AÉREAS, TRANSPORTES, SERVICIOS, SIMILARES, Y CONEXOS,<br><br>Defendants. | **Adv. Pro. No. 22-01122 (JPM)** |

**INDEPENDENCIA'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that, upon (i) the accompanying Memorandum of Law, (ii) the

Declaration of James N. Lawlor, dated September 29, 2022, and the exhibits thereto, and (iii) all

---

[1] The Reorganized Debtors are Grupo Aeroméxico, S.A.B. de C.V., Aerovías de México, S.A. de C.V., Aerolitoral, S.A. de C.V., and Aerovías Empresa de Cargo, S.A. de C.V.

prior pleadings and proceedings herein, Defendant Sindicato Nacional Trabajadores Al Servicio de las Líneas Aéreas, Transportes, Servicios, Similares, y Conexos ("**Independencia**") will move this Court, before the Honorable John P. Mastando III, United States Bankruptcy Judge, United Stated Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501 (JPM), New York, New York, 10004, at a date and time to be determined by the Court, for an Order dismissing with prejudice the claims asserted against it in the Complaint, pursuant to Fed. R. Civ. Proc. 12(b)(6), made applicable by Fed. R. Bankr. Proc. 7012(b), and for such other and further relief as the Court may deem just and proper (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and in accordance with the Court's September 8, 2022 Order on the Stipulation of Briefing Schedule and Related Matters Regarding (1) Plaintiff's Motion for Remand and/or Abstention, (2) Defendants' Motions to Dismiss, and (3) Reorganized Debtors' Motion to Enforce [ECF No. 24], oppositions, if any, shall be filed and served no later than December 5, 2022.

**PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with Local Rule 9075-2 and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed as Exhibit C to the Motion.

Dated: New York, New York
September 29, 2022

*/s/ James N. Lawlor*
Ronald J. Aranoff
James N. Lawlor
Alexandra C. Spina
Katherine E. M. McQuillen
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110

Phone: (212) 382-3300
Fax: (212) 382-0050

*Counsel for Defendant Sindicato Nacional Trabajadores Al Servicio de las Líneas Aéreas, Transportes, Servicios, Similares, y Conexos*