WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Ronald J. Aranoff
James N. Lawlor
Alexandra C. Spina
Katherine E. M. McQuillen

*Counsel for Defendant Sindicato Nacional Trabajadores Al Servicio de las Líneas Aéreas, Transportes, Servicios, Similares, y Conexos*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GRUPO AEROMÉXICO, S.A.B. de C.V., *et al.*,<br><br>Reorganized Debtors.[1] | **Chapter 11**<br><br>**Case No. 20-11563 (JPM)**<br><br>(Jointly Administered) |
| INVICTUS GLOBAL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>- against -<br><br>MONOMOY CAPITAL PARTNERS LLC, and SINDICATO NACIONAL TRABAJADORES AL SERVICIO DE LAS LÍNEAS AÉREAS, TRANSPORTES, SERVICIOS, SIMILARES, Y CONEXOS,<br><br>Defendants. | **Adv. Pro. No. 22-01122 (JPM)** |

**CERTIFICATE OF SERVICE**

I, Alexandra C. Spina, hereby certify that on Thursday, September 29, 2022, I caused to be filed a true and correct copy of Defendant Sindicato Nacional Trabajadores al Servicio de las

---

[1] The Reorganized Debtors are Grupo Aeroméxico, S.A.B. de C.V., Aerovías de México, S.A. de C.V., Aerolitoral, S.A. de C.V., and Aerovías Empresa de Cargo, S.A. de C.V.

Líneas Aéreas, Transportes, Servicios, Similares, y Conexos's (i) Notice of Motion to Dismiss Plaintiff's Complaint, (ii) the Memorandum of Law in Support of the Motion to Dismiss Plaintiff's Complaint, and (iii) the Declaration of James N. Lawlor in support of the Motion to Dismiss Plaintiff's Complaint and all accompanying exhibits on all parties receiving notice by CM/ECF.

Dated: New York, New York
September 29, 2022

>*/s/ Alexandra C. Spina*
>Alexandra C. Spina